No. 602.   ARCHERD *v.* OREGON.. February 12, 1934. Petition for rehearing denied.   See 290 U.S. 604.

No. 664.   SCHMELING *v.* F. W. WOOLWORTH Co.   February 12, 1934.   Petition for rehearing denied.   See 290 U.S. 605.